✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **Massachusetts**

USA

V.

Pedro Wilson Hernandez-Castillo

## EXHIBIT AND WITNESS LIST

Case Number: 4:20-mj-4173

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hennessy | Sun | Thrall |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 07/02/2020 | Silva | King |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 1 |  |  |  |  | Immigration Court document dated 12/24/1998 |
| 2 |  | 7/2/2020 | x | x | Fingerprints |
| 3 |  | 7/2/2020 | x | x | Mass. State Police Arrest Report |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

New Page

Print   Save As...   Export as FDF   Print   Reset