## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| v. ) | **M.B.D. Case No.** 4:20-mc-94017-TSH |
| ) | |
| **Pedro Wilson Hernandez-Castillo** ) | |
| **a/k/a Ramon Perez,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the parties' joint motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The parties have been engaged in preliminary discussions regarding the possible resolution of this matter (which was initiated by a criminal complaint in *United States v. Pedro Wilson Hernandez Castillo,* Docket No. 20-mj-4173-DHH), which might result in a plea and obviate the need for an indictment, and the requested continuance of the time in which an indictment or information must be filed will permit defense counsel to adequately confer with the defendant and allow the parties to further discuss and finalize the terms of any agreement, before the government is required to seek an indictment or information. Such an agreement may work to the defendant's benefit or assist the government's ongoing investigation.

2. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from July 2, 2020 through and including September 2, 2020 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the

*Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to September 2, 2020; and (2) the period from July 2, 2020 through and including September 2, 2020 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

/s/ Timothy S. Hillman
_____
**UNITED STATES DISTRICT COURT JUDGE**

Date:  7/27/2020