UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>PEDRO WILSON HERNANDEZ-   )<br>CASTILLO, a/k/a Ramon Perez,   )<br>)<br>Defendant.   ) | Docket No. 20-CR-40050-TSH |

## JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(c)

The United States of America and the defendant Pedro Wilson Hernandez-Castillo, through his counsel, hereby submit this joint memorandum addressing Local Rule 116.5(c).

**As matters are proceeding to the satisfaction of all parties, the government and the defendant request that the status conference scheduled for May 3, 2021 be cancelled.**

I.   Local Rule 116.5(c)(1)

The defendant requests that the case be transferred to the district judge for a Rule 11 hearing.

II.   Local Rule 116.5(c)(2)

Please see above.

III.   Local Rule 116.5(c)(3)

There are no additional matters at this time.


Respectfully submitted,


PEDRO WILSON HERNANDEZ-CASTILLO,      NATHANIEL MENDELL
                                      ACTING UNITED STATES ATTORNEY,

/s/ *Sean Smith* (by LS)              By: /s/ *Lucy Sun*
Sean Smith, Esq.                      Lucy Sun

| | |
|---|---|
| Murphy & Rudolf LLP<br>One Mercantile Street<br>Suite 740<br>Worcester, MA 01608<br>smith@murphyrudolf.com | Assistant U.S. Attorney<br>United States Attorney's Office<br>595 Main Street, Suite 206<br>Worcester, MA 01608<br>lucy.sun@usdoj.gov<br>508-368-0103 |

Date: April 29, 2021

---

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

                                                  /s/ Lucy Sun
                                                  Lucy Sun
                                                  Assistant U.S. Attorney

Date: April 29, 2021