**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

v.                                                          Docket NO. 4:20-CR-40050

**PEDRO WILSON HERNANDEZ-CASTILLO**

---

**NOTICE OF APPEAL**

---

  Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, the Defendant hereby gives notice of his intent to exercise his right to appeal the sentence he received on October 1, 2021.

                Respectfully Submitted,

                PEDRO WILSON HERNANDEZ-CASTILLO

                By his attorney,

                /s/ Sean M. Smith

                Sean M. Smith (680510)
                Murphy & Rudolf LLP
                1 Mercantile Street
                Worcester, MA 01609
                smith@murphyrudolf.com
                Phone-508-425-6330
                Fax- 508-536-0834

Dated: October 14, 2021

**CERTIFICATE OF SERVICE**

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                /s/ Sean M. Smith
                Sean M. Smith