**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | ) **Criminal No. 20-CR-40050-TSH** |
| | ) |
| **PEDRO HERNANDEZ-CASTILLO,** | ) |
| **DEFENDANT** | ) |

_____ )

**MOTION FOR APPOINTMENT PURSUANT TO**
**GENERAL ORDER 20-17(7)(b)**

Now comes the Defendant in the above entitled matter and moves for appointment

pursuant to the provisions of General Order 20-17(7)(b).

As grounds for this Motion, the undersigned states that he is a member of the CJA

panel and I seek appointment to represent the defendant in connection with a Motion for

Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1).

Respectfully submitted
The Defendant, by his attorney

/s/ Edward P. Ryan, Jr.
Dated:  February 2, 2022                        Edward P. Ryan, Jr., Esq.
O'Connor and Ryan, P.C.
80 Erdman Way, Suite 309
Leominster, MA 01453
978-534-1301
BBO# 434960

<u>CERTIFICATE OF SERVICE</u>

I, Edward P. Ryan, Jr., *Attorney for the Defendant*, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

<u>/s/ Edward P. Ryan, Jr.</u>
Edward P. Ryan, Jr.