UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, ) | Case No. 4:20-CR-40050-TSH-1 |
| )  Plaintiff, ) | Magistrate Case No. 4:20-MJ-4173-DHH |
| v. ) | |
| PEDRO WILSON HERNANDEZ-CASTILLO, ) | **MOTION FOR ACCESS TO SEALED TRANSCRIPT** |
| )  Defendant. ) | |

Defendant Pedro Wilson Hernandez-Castillo ("Mr. Hernandez") hereby moves the Court for an order granting his appellate attorney, Emmett E. Robinson, access to ECF Document 61 in this case. In support of this motion, counsel states as follows:

1.  Pursuant to the Criminal Justice Act, the First Circuit has appointed Attorney Robinson to represent Mr. Hernandez in the direct of appeal of this matter, First Circuit case number 21-1881.

2.  As part of his representation of Mr. Hernandez on appeal, Attorney Robinson requested, and the First Circuit approved, the transcription of certain trial-court proceedings.

3.  Accordingly, on February 22, 2022, a transcript of proceedings held before this Court on February 22, 2021 was filed. A portion of that transcript—Document 62 on the Court's ECF system—is sealed.

4.  Attorney Robinson requires access to the transcript in order to ensure that Mr. Hernandez is adequately represented on appeal.

5.  Attorney Robinson is admitted to the bar of the First Circuit but not to the bar of this Court. Accordingly, at the direct of Court staff and the First Circuit clerk's office, the undersigned files this motion.

6.        Attorney Robinson's contact information is as follows:

>Emmett E. Robinson (Ohio Bar No. 88537)
>ROBINSON LAW FIRM LLC
>6600 Lorain Ave. #731
>Cleveland, Ohio 44102
>Telephone: (216) 505-6900
>Facsimile: (216) 549-0508
>erobinson@robinsonlegal.org

Dated:  April 6, 2022                    Respectfully submitted,

*/s/ Sean M. Smith*
Sean Michael Smith (680510)
Murphy & Rudolf, LLP
1 Mercantile Street, Suite 740
Worcester, MA 01608
Telephone: (508) 425-6330
Facsimile: (508) 536-0834
smith@murphyrudolf.com

*Attorney for Defendant Hernandez-Castillo*